IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| EVOLUTION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| vs. ) | |
| ) | NO. 01-2409-CM |
| SUNTRUST BANK and ) | |
| PREMIUM ASSIGNMENT CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF DONALD J. REIFER

Pursuant to D. Kan Rule 7.1 and the United States Supreme Court decision in *Daubert v. Merrell*, 509 U.S. 579 (1993), Defendants SunTrust Bank and Premium Assignment Corporation hereby file their Motion to Exclude the Expert Report and Testimony of Donald J. Reifer.

As demonstrated in Defendants' Memorandum of Law filed in support of this Motion, Mr. Reifer's report and testimony are unreliable, arbitrarily, speculative and not helpful to the jury. As such Mr. Reifer's report and testimony should be stricken. In support of this Motion, Defendants rely on their Memorandum of Law in Support of Motion to Exclude Expert Report and Testimony of Donald J. Reifer.

This 3rd day of May, 2004.

        Respectfully submitted,

        /s/ Russell S. Jones, Jr.
        RUSSELL S. JONES, JR.
        KS Fed #70214
        Shughart Thomson & Kilroy, PC
        120 West 12th Street, 15th Floor
        Kansas City, Missouri 64105
        Telephone:  816-421-3355 (switchboard)
        Facsimile:  816-374-0509

        BRYAN G. HARRISON
        GA Bar #331750
        Morris, Manning & Martin, LLP
        1600 Atlanta Financial Center
        3343 Peachtree Road N.E.
        Atlanta, Georgia  30326-1044
        Telephone:  404-233-7000
        Facsimile:  404-365-9532

        Attorneys for Defendants SunTrust Bank and Premium Assignment Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of May, 2004, a true and correct copy of the foregoing document was filed electronically via CM/ECF in the United States District Court for the District of Kansas, with notice of same being electronically served by the Court, addressed to:

>Lance Y. Kinzer, Esq.
>Schlagel, Damore & Gordon, LLC
>201 East Loula Street
>P.O. Box 10
>Olathe, Kansas 66051-0010

>/s/ Russell S. Jones, Jr.
>RUSSELL S. JONES, JR.
>KS Fed #70214
>Shughart Thomson & Kilroy, PC
>120 West 12th Street, 15th Floor
>Kansas City, Missouri 64105
>Telephone: 816-421-3355 (switchboard)
>Facsimile: 816-374-0509
>
>BRYAN G. HARRISON
>GA Bar #331750
>Morris, Manning & Martin, LLP
>1600 Atlanta Financial Center
>3343 Peachtree Road N.E.
>Atlanta, Georgia 30326-1044
>Telephone: 404-233-7000
>Facsimile: 404-365-9532
>
>Attorneys for Defendants SunTrust Bank and Premium Assignment Corporation